IT IS SO ORDERED.
/s/ John R. Adams
U.S. District Judge
12/21/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **STEFFANEE WEIDOW,** on behalf of herself and others similarly situated**,**  Plaintiff,  vs.  **Colfor Manufacturing, Inc.,**  Defendant. | CASE NO. 5:17-CV-02445  JUDGE JOHN R. ADAMS  **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Now comes Plaintiff, by and through counsel, who hereby dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

NILGES DRAHER LLC

*/s/ Hans A. Nilgs*
Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
Michaela M. Calhoun (0093546)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone:   (330) 470-4428
Facsimile:    (330) 754-1430
Email:          hans@ohlaborlaw.com
                    sdraher@ohlaborlaw.com
                    mcalhoun@ohlaborlaw.com